# Gary L. Cutler, P.C.
Attorney-At-Law
160 Broadway, 10th Floor, East Building
New York, NY  10038-4220

Tel.:  (212) 227-4358
Cell:  (917) 628-9062
Fax:  (212) 202-7789
Email: garycutlerlaw@gmail.com

July 27, 2022

**Via CM/ECF**

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, NY 11201

Re:  United States v. Tyshawn Sumpter, 1:20-cr-00323-(AMD)-(RJM)

Dear Judge Donnelly:

    I represent Mr. Tyshawn Sumpter in the above-referenced case by appointment under the Criminal Justice Act.  Please consider this letter as a motion and proposed order for Interim Payment under the Criminal Justice Act.

    The discovery in the case is voluminous, and the case is complex.

    Due to the complexity of the case, the volume of the discovery requiring review, and the hardship of counsel undertaking the representation, counsel respectfully requests an Interim Payment order allowing counsel to submit an interim CJA20 on a monthly basis until the conclusion of the case.

                                  Respectfully submitted,

                                    Gary L. Cutler, P.C.
                     By:    /s/_____
                                  Gary L. Cutler

So Ordered:

_____
Hon. Ann M. Donnelly