

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KMT/NMA
F. #2020R00304

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 13, 2022

By ECF and Email

| | |
|---|---|
| Murray E. Singer, Esq. | Carlos M. Santiago, Jr., Esq. |
| (counsel for Darrius Sutton) | (counsel for Andrew Simpson) |
| 14 Vanderventer Ave., Suite 147 | 11 Broadway, Suite 615 |
| Port Washington, NY 11050 | New York, NY 10004 |
| msingerlaw@gmail.com | carlos@santiagolawnyc.com |
| | |
| Gary L. Cutler, Esq. | James Roth, Esq. |
| (counsel for Tyshawn Sumpter) | (counsel for Ronnie Warren) |
| 160 Broadway, Suite 600 | Stampur & Roth |
| New York, NY 10038-4217 | 299 Broadway, Suite 800 |
| garycutlerlaw@gmail.com | New York, NY 10007 |
| | jamesrothesq@gmail.com |
| Peter E. Quijano, Esq. | |
| (counsel for Corey Williams) | Christopher Wright, Esq. |
| Quijano Ennis & Wideris | (counsel for Trava Selby) |
| 305 Broadway, Floor 7 | 305 Broadway, Suite 1001 |
| New York, NY 10007 | New York, NY 10007 |
| peter@qandelaw.com | Wrightlawnyc@gmail.com |

      Re:   United States v. Darrius Sutton, et al
             Criminal Docket No. 20-CR-323 (S-3) (AMD)

Dear Counsel:

      Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.[1] The discovery disclosed herein supplements the

---

[1] The discovery described in this letter was sent via FedEx to the court-appointed Coordinated Discovery Attorney for distribution to counsel of record consistent with the protective order entered by the Court on June 14, 2022 (CM/ECF Dkt. No. 69).

government's previous production on May 5, 2022, May 23, 2022, June 17, 2022, August 9, 2022 and August 17, 2022. The government renews its request for reciprocal discovery from the defendants.

| Discovery Ex. No. | Bates Range | Description | Designation[2] |
|---|---|---|---|
| 204A[3] | N/A | Image of laptop seized in connection with search warrant disclosed as Discovery Exhibit 143 | **SENSITIVE - ATTORNEY'S EYES ONLY** |
| 205A | N/A | Image of laptop seized in connection with search warrant disclosed as Discovery Exhibit 143 | **SENSITIVE - ATTORNEY'S EYES ONLY** |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

BREON PEACE
United States Attorney

By:  /s/ Kevin Trowel
Kevin Trowel
Nicholas Axelrod
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

---

[2] This column indicates whether the discovery exhibit has been identified as "SENSITIVE" or "SENSITIVE – ATTORNEYS' EYES ONLY" in accordance with the protective order entered by the Court on October 26, 2020.

[3] Exhibits 204A and 205A contain images of laptops previously disclosed on August 17, 2022 as Exhibits 204 and 205, respectively. These exhibits are being re-produced herein after the Court-appointed Coordinating Discovery Attorney advised the government that she was unable to process Exhibits 204 and 205 for dissemination to counsel for the defendants.

cc: Clerk of the Court (AMD) (by ECF) (without enclosures)