# Murray E. Singer
Attorney at Law

14 Vanderventer Avenue  
Suite 147  
Port Washington, New York 11050  
email: msingerlaw@gmail.com

tel: (516) 869-4207  
fax: (516) 706-7085  
mobile: (516) 662-4950

November 8, 2022

Hon. Ann M. Donnelly  
United States District Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re:   <u>US v. Darrius Sutton</u>  
         20-CR-323

Your Honor:

I represent Darrius Sutton in the above-referenced case. Mr. Sutton is scheduled to appear before you for a status conference on this case, along with multiple co-defendants, on Wednesday, November 9, 2022 at 2:30 p.m. I am writing to request permission for Christopher Wright, counsel for co-defendant Trava Selby, to appear for me on this date. I am and will be on trial in Queens County Supreme Court in the case of People v Antonio Martinez, Ind. No. 352-2020 before Judge Cassandra Mullen.

Thank you for your consideration of this request.

Very truly yours,

/s/  
Murray Singer

cc:   Counsel for the Government by ECF  
         All counsel by ECF