

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NMA/SMS
F. #2020R00304

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 30, 2023

<u>By ECF and Email</u>

Richard Palma, Esq.
122 East 42nd Street
Suite 620
New York, NY 10168
rpalma@verizon.net

      Re:    United States v. Darrius Sutton
            <u>Criminal Docket No. 20-CR-323 (AMD)</u>

Dear Mr. Palma:

      Enclosed please find an additional production of discovery in above-captioned case accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendant.

      Discovery Exhibit 219 contains documents related to Andrew Simpson's arrest on April 26, 2022.

      If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

      Very truly yours,

      BREON PEACE
      United States Attorney

By:    <u>/s/ Sophia M. Suarez</u>
      Nick M. Axelrod
      Sophia M. Suarez
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosures

cc:    Clerk of the Court (AMD) (by ECF) (without enclosures)